UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT D. KORNAGAY,
    Plaintiff,

vs.                       Case NO.: 3:17-cv-795-J-34 MCR

SERGEANT J. WILBURN and
T. DIEDEMAN
       Defendants.
_____/

### PLAINTIFF'S MOTION IN OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS

Come now, Plaintiff, Robert D. Kornagay, pro se, and hereby file his response in opposition to the Defendant's Motion to Dismiss. In support, plaintiff states the following:

1) On November 8, 2017, Defendant Wilburn, through his undersigned attorney, filed a Motion to Dismiss Plaintiff's Complaint with Prejudice for failing to state a cause of action.

2) On November 30, 2017, Plaintiff filed his Motion in Opposition to the Defendant's Motion to Dismiss.

3) On March 16, 2018, Defendant Diedeman, through his undersigned attorney, filed a Motion to Dismiss Plaintiff's Complaint with Prejudice for failing to state a cause of action. This motion is identical to the motion filed by counsel on November 8, 2017. The only difference is that Defendant Diedeman's name was added as a defendant.

4) Being that the defendant's November 8, 2017 and March 16, 2018, Motion to Dismiss are identical, the Plaintiff will stand on his motion in opposition to the Defendant's Motion to Dismiss, filed on November 30, 2017.

WHEREFORE, the Plaintiff respectfully moves to have the Defendant's motion to Dismiss denied, based on the arguements made in his motion in opposition to the Defendant's motion to Dismiss.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail to Defendant's Attorney, Sean C. Barber, at 151 College Drive, Suite 1 Orange Park, Florida 32065, on this 2nd day of April 2018.

Respectfully Submitted,
/s/ Robert D. Kornagay
Robert D. Kornagay
DC# J13805
South Florida Reception Center
1400 N.W. 41st
Doral, Florida 33178