UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT D. KORNAGAY,

       Plaintiff,

v.                              Case No. 3:17-cv-795-J-34MCR

OFFICER T. DIEDEMAN AND
SERGEANT J. WILBURN,

       Defendants.

**ORDER**

Before the Court is Plaintiff Kornagay's Motion for a Subpoena to Produce Documents, Information, or Objects from Non-Party (Motion; Doc. 35) with attached exhibit (P. Ex.). In the Motion, Plaintiff requests that the Court direct the clerk to issue and send him a subpoena to compel a non-party to produce documents. He wants the Florida Department of Law Enforcement to produce documents relating to its investigation of the alleged February 4, 2017 stabbing incident at Columbia Correctional Institution. See P. Ex. A (Doc. 35-1 at 5). The Court **grants** the Motion to the extent Plaintiff seeks the issuance of a Rule 45 subpoena. The Court directs the Clerk of Court to issue and send Plaintiff a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action." Plaintiff is responsible for completing the subpoena in accordance with Rule 45, serving it on the Florida Department of Law Enforcement in accordance with

Rule 45, and paying any service and copying costs. The Court directs Plaintiff to part V of the Middle District Discovery Handbook (attached). The Court otherwise denies the Motion.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of January, 2019.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

sc 12/27
c:
Robert D. Kornagay, FDOC #J13805
Counsel of Record