```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  JACKSONVILLE DIVISION
```

ROBERT D. KORNAGAY,

       Plaintiff,

v.                                                Case No. 3:17-cv-795-J-34MCR

OFFICER T. DIEDEMAN, et al.

       Defendants.

_____

## ORDER

Plaintiff's Unopposed Motion to Amend the Complaint and to Enlarge the Time for Discovery by 60 Days (Doc. 43) is **GRANTED.** Plaintiff has added two Defendants in the Amended Complaint (Doc. 44). The **Clerk** is directed to update the docket accordingly. Plaintiff shall serve the Amended Complaint (Doc. 44) on Defendants Avants and Lindboe by **March 29, 2019** and provide proof of service. See Fed. R. Civ. P. 4(l)(1).

The Court finds good cause to extend the following deadlines:

    a. The parties shall conduct discovery so the due date of any discovery requested is no later than **April 29, 2019**. Any motions relating to discovery shall be filed by **May 9, 2019.**

    b. All motions to dismiss and/or for summary judgment shall be filed by **June 13, 2019.**

    c. Responses to any motions to dismiss and/or for summary judgment shall be filed by **July 29, 2019.**

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of February, 2019.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

caw 2/21
c:
Counsel of Record