```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE DIVISION
```

ROBERT D. KORNAGAY,

       Plaintiff,

v.                                    Case No. 3:17-cv-795-J-34MCR

OFFICER T. DIEDEMAN, et al.

       Defendants.
_____

## ORDER

1. The Order to Show Cause (Doc. 53) is **DISCHARGED**. See Plaintiff's Response (Doc. 57).

2. Plaintiff's Application for Clerk's Default (Doc. 58) is **DENIED as moot**. See Defendant's Motion (Doc. 60).

3. Defendant Lindboe's Unopposed Motion for Extension of Time to File a Response to the Complaint (Doc. 60) is **GRANTED**. Defendant Lindboe shall file a response to the Amended Complaint (Doc. 44) by **May 28, 2019**.

4. Plaintiff's counsel submitted exhibit 3 (Doc. 57-3), stating that Defendant Avants "responded in a way that appears to require the attention of the Court." See Plaintiff's Response to Order to Show Cause (Doc. 57 at 1). Exhibit 3 is a series of letters to Plaintiff's counsel from Defendant Avants, stating that officers offered him less harsh conditions if he testified against Kornagay. See Exhibit 3 (Doc. 57-3 at 13). Avants expresses his

dilemma, requests help, and states "I will testify for you." See id. at 14. Plaintiff's counsel contacted the Federal Bureau of Investigation (id. at 12), and therefore, the Florida Department of Corrections should be aware of Avants' assertions and fears. Nevertheless, in an abundance of caution, the Court directs the **Clerk** to send a copy of this Order and exhibit 3 to the Inspector General and the Warden of Avants' institution for whatever action is deemed appropriate. By **June 14, 2019**, Plaintiff's counsel must notify the Court as to whether he intends to pursue claims against Defendant Avants.

5. The **Clerk** shall send a copy of this Order to Defendant Avants at the address listed on the Return of Service (Doc. 57-2).

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of May, 2019.

*[signature]*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 5/7
c:
Counsel of Record
Demetris Avants

2