UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT D. KORNAGAY,

    Plaintiff,

v.                                           Case No. 3:17-cv-795-J-34MCR

OFFICER T. DIEDEMAN, et al.

    Defendants.
_____

## ORDER

The parties' Joint Motion to Enlarge Time for Discovery (Doc. 62) is **GRANTED.** The Court finds good cause to extend the following deadlines:

    a.    The parties shall conduct discovery so the due date of any discovery requested is no later than **June 28, 2019**. Any motions relating to discovery shall be filed by **July 8, 2019.**

    b.    All motions to dismiss and/or for summary judgment shall be filed by **August 12, 2019.**

    c.    Responses to any motions to dismiss and/or for summary judgment shall be filed by **September 27, 2019.**

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of May, 2019.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 5/9
c:
Counsel of Record