UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT D. KORNAGAY,

       Plaintiff,

v.                                    Case No. 3:17-cv-795-J-34MCR

OFFICER T. DIEDEMAN, et al.

       Defendants.
_____

### ORDER

Before the Court is Plaintiff's Notice of Dismissal as to Defendant Demetris Avants (Doc. 67). Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. All claims against Defendant Demetris Avants are **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. The **Clerk** is directed to terminate Defendant Demetris Avants as a party to this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of June, 2019.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

caw 6/19
c:
Counsel of Record